FREDERICK A. CAUCHOIS, Trading under the Name of FREDERICK A. CAUCHOIS & Co., Plaintiff, v. WILBER MILLER, Appellant.

UNITED STATES FIDELITY AND GUARANTY COMPANY et al., Respondents.

*Cauchois* v. *Miller*, 164 App. Div. 905, appeal dismissed.
(Submitted April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 1, 1914, which affirmed an order of Special Term confirming the report of a referee appointed to assess damages by reason of an injunction.

The motion was made upon the ground of failure to file the required undertaking.

*Adrian T. Kiernan* and *Leonidas Dennis* for motion.

*William E. Woollard,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.